IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:14-CR-00017-H-1
(FOURTH CIRCUIT APPEAL NO. 14-4942)

UNITED STATES OF AMERICA

vs.

TREMAINE ANTOINE WILLIAMS,
a/k/a Tremaine Antwane Williams,
a/k/a Tremaine Antwaine Williams,
    Defendant/Appellant.

**ORDER ALLOWING MOTION
TO UNSEAL DOCUMENTS
FOR PURPOSES OF APPEAL**

FOR GOOD CAUSE SHOWN, the defendant's motion to unseal the Memorandum of Plea Agreement, final sealed Presentence Report and Addendum, and Statement of Reasons is ALLOWED and GRANTED and the Clerk is directed to provide appellate counsel, W. H. Paramore, III, with a copy of these documents forthwith and appellate counsel is directed to include these items in the sealed volume of the Joint Appendix as submitted to the Fourth Circuit Court of Appeals.

It is hereby Ordered and Directed.

Entered at Chambers, this the 6th day of January, 2015.

_____
Honorable Malcolm J. Howard
Senior United States District Judge

THE LAW OFFICES OF W. H. PARAMORE, III, P.C. - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4, P. O. Box 215, Jacksonville, NC 28540

Case 5:14-cr-00017-H   Document 54   Filed 01/07/15   Page 1 of 1