IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-17-1H

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) |
| | ) **ORDER** |
| TREMAINE WILLIAMS, | ) |
| Defendant. | ) |

This matter is before the court on defendant's letter, which this court construes as a motion seeking a sentence reduction. Defendant has shown no legal basis for altering the final judgment in his case. Therefore, the motion for sentence reduction is DENIED.

This 21st day of May 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26